## McHUGH v. STATE OF INDIANA.

[No. 13,778.   Filed October 11, 1929.]

*G. Andrew Golden,* for appellant.

*James M. Ogden,* Attorney-General, and *V. Ed Funk,* Deputy Attorney-General, for the State.

NEAL, J.—This case involves the determination of the right to withdraw an answer in bar and file a plea in abatement, and is a companion case to *Eshelman* v. *State, ante* 100.   In harmony with the views expressed by the court in the opinion in that case, this case is transferred to the Supreme Court.